# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Kayla Pimpo

                              Plaintiff,

v.                                                               Case No.: 3:23−cv−00955

Ozark Automotive Distributors, Inc.

                              Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/10/2025 re [35].

                                                              Lynda M. Hill
                                          s/ Annecia L Donigan, Deputy Clerk